UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Reginald Williams,

             Plaintiff,                              Case Number: 26-cv-11065
                                                     Honorable F. Kay Behm
v.

William K. Marshall, III, and E. Rardin,

             Defendants.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and

Order entered on this date this cause of action is **DISMISSED**.

                                          KINIKIA D. ESSIX
                                          CLERK OF THE COURT

                          BY:    s/Kourtney Collins

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge